UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Christian and Susan Sapp

Case No.: 18-25958
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle, U.S.B.J. on December 11, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
53 Streeker Road
Wrightstown, New Jersey
Listed for sale at $439,000.00

Liens on property:
Chase Mortgage, $95,800.00
Shellpoint Mortgage, $277,740.00

Amount of equity claimed as exempt: $47,250.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee  /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-25958-CMG
Christian A. Sapp                                                               Chapter 7
Susan Bowman-Sapp
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Nov 09, 2018
                              Form ID: pdf905          Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2018.
```
db            +Christian A. Sapp,    632 Patriots Way,    Lakewood, NJ 08701-7421
jdb           +Susan Bowman-Sapp,    53 Streeker Road,    Wrightstown, NJ 08562-2202
517693453      A-1 Collection Service,    2297 Highway 22 #906,    Hamilton, NJ 08690
517693457     +ARS Account Resolutions,    1643 NW 136th Avenue,    Sunrise, FL 33323-2857
517693458     +AT&T C/O Bankruptcy,    1801 Valley View Lane,    Dallas, TX 75234-8906
517693454     +AdvoCare,    P.O. Box 3001 D47,    Voorhees, NJ 08043-0598
517693455     +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
517693456     +Apex Asset Management,    2501 Oregon Pike,    Suite 120,    Lancaster, PA 17601-4890
517693459     +Berks Credit Collection,    P.O. Box 1259,    Oaks, PA 19456-1259
517693470     +CHOP,    P.O. Box 8500,    Philadelphia, PA 19178-8500
517693469     +CHOP,    ONA MSY01,    P.O. Box 1022,    Wixom, MI 48393-1022
517693460     +Capital Health,    One Captial Way,    Pennington, NJ 08534-2520
517693461     +Capital Health Advanced,    P.O. Box 3246,    Indianapolis, IN 46206-3246
517693462     +Capital Health Medical Group,    750 Brunswick Avenue,    Trenton, NJ 08638-4143
517693464     +Cardiology Assoc. of Ocean County,    425 Jack Martin Boulevard,    Brick, NJ 08724-7732
517693466     +CentraState Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
517693465     +Central Jersey Emergency,    P.O. Box 808,    Grand Rapids, MI 49518-0808
517693467     +Chase Bank,    P.O. Box 15298,    Wilmington, DE 19850-5298
517693468     +Chase Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
517693471     +Columbus Oruon,    825 Tech Center Drive,    Columbus, OH 43230-6653
517693472     +Commercial Acceptance,    2300 Gettysburg Road,    Camp Hill, PA 17011-7303
517693476     +EMA,    P.O. Box 5333,    Parsippany, NJ 07054-6333
517693475     +EMA,    P.O. Box 6192,    Parsippany, NJ 07054-7192
517693477     +Emergency Physicians Assoc. of South Jer,    1 Hamilton Health Place,    Trenton, NJ 08690-3542
517693478     +Exceptional Medical Transport,    P.O. Box 19,    West Berlin, NJ 08091-0019
517693479     +Falck Northeast Group,    P.O. Box 827299,    Philadelphia, PA 19182-7299
517693480     +Financial Recoveries,    200 East Park Drive,    Suite 100,    P.O. Box 1388,
                Mount Laurel, NJ 08054-7388
517693481     +First Credit,    P.O. Box 822112,    Philadelphia, PA 19182-2112
517693485     +Jefferson Capital System,    P.O. Box 3475,    Toledo, OH 43607-0475
517693486     +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
517693488     +KML Law Group,    Sentry Office Plaza,    216 Haddon Avenue,    Suite 406,
                Westmont, NJ 08108-2812
517693487     +Kennedy Hospital,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2054
517693490     +LIG Recovery Management,    3245 Main Street,    Frisco, TX 75034-4411
517693489     +Legacy Treatment Service,    1289 Route 38 West,    Suite 203,    Hainesport, NJ 08036-2730
517693491     +Lourdes Health,    P.O. Box 822112,    Philadelphia, PA 19182-2112
517693492     +Mayo Clinic,    P.O. Box 4004,    Rochester, MN 55903-4004
517693493     +Medical Radiology Group Pa,    P.O. Box 11268,    Lancaster, PA 17605-1268
517693494      Michael Harrison Attorney at Law,    3155 State 10,    Suite 214,    Denville, NJ 07834
517693495     +N.J. Division of Taxation,    Bankruptcy Section,    P.O. Box 245,    Trenton, NJ 08695-0245
517693496     +Navy Exchange,    3280 Virginia Beach Boulevard,    Virginia Beach, VA 23452-5799
517693498    #+Penn Credit Corp.,    916 S 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
517693499     +Plumsted Township EMS,    P.O. Box 726,    New Cumberland, PA 17070-0726
517693501     +Princeton Health System,    P.O. Box 789226,    Philadelphia, PA 19178-9226
517693502     +Proco,    P.O. Box 2462,    Aston, PA 19014-0462
517693503     +Quality Asset Recovery,    7 Foster Avenue,    Suite 101,    Gibbsboro, NJ 08026-1191
517693504     +Quest Diagnostics,    P.O. Box 7308,    Hollister, MO 65673-7308
517693506     +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
517693507     +Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
517693508    #+TBOM/Total Card,    5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
517693509     +Trans Continental,    6900 College Boulevard,    Suite 550,    Leawood, KS 66211-1596
517693512     +Virtua,    P.O. Box 8485,    Pompano Beach, FL 33075-8485
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2018 23:54:42     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2018 23:54:37      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517693463     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 09 2018 23:58:34      Capital One,
                P.O. Box 30253,    Salt Lake City, UT 84130-0253
517693473     +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 09 2018 23:55:41
                Credit Collection Service,    P.O. Box 607,    Norwood, MA 02062-0607
517693474      E-mail/Text: mrdiscen@discover.com Nov 09 2018 23:53:44      Discover Financial Services LLC,
                P.O. Box 15316,    Wilmington, DE 19850
517693482     +E-mail/Text: Harris@ebn.phinsolutions.com Nov 09 2018 23:55:56      Harris & Harris LTD.,
                111 West Jackson Boulevard,    Suite 400,    Chicago, IL 60604-4135
517693483     +E-mail/Text: cio.bncmail@irs.gov Nov 09 2018 23:53:59      Internal Revenue Service,
                P.O Box 7346,    Philadelphia, PA 19101-7346
517693484      E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 09 2018 23:54:56      Jefferson Capital System,
                16 Mcleland Road,    Saint Cloud, MN 56303
```

```
District/off: 0312-3            User: admin              Page 2 of 2                  Date Rcvd: Nov 09, 2018
                                Form ID: pdf905          Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517693500         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 23:59:04
                   Portfolio Recovery Associates,    120 Corporate Boulevard,    Suite 100,    Norfolk, VA 23502
517693505        +E-mail/Text: rwjebn@rwjbh.org Nov 09 2018 23:55:43      Robert Wood Johnson University Hospital,
                   One Robert Wood Johnson Place,    New Brunswick, NJ 08901-1966
517693510        +E-mail/Text: bankruptcydepartment@tsico.com Nov 09 2018 23:55:33      Transworld Systems Inc,
                   507 Prudential Road,    Horsham, PA 19044-2308
517693511        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 09 2018 23:53:38
                   Verizon Wireless Bankruptcy Admin,    500 Technology Drive,    Suite 550,
                   Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517693497         Optimum Outcome
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2018 at the address(es) listed below:
              George E Veitengruber, III    on behalf of Joint Debtor Susan  Bowman-Sapp
               Gveitengruberesq@gmail.com,   knapolitano15@gmail.com
              George E Veitengruber, III    on behalf of Debtor Christian A. Sapp Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, not individually
               but solely as Trustee for BlueWater Investment Trust 2018-1 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```