UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  : Case no.: __18-25958__
Christian A. Sapp
Susan Bowman-Sapp  : Chapter: __7__

: Judge: __Gravelle__

Debtor(s) :

**CERTIFICATION OF NO OBJECTION**

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
53 Streeker Road, Wrightstown, New Jersey.

JEANNE A. NAUGHTON, Clerk

Date: __12/6/2018__       By: __Gary A. Nau__

*rev.2/10/17*