Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–25958–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christian A. Sapp
dba Identity & Card Data Solutions LLC
632 Patriots Way
Lakewood, NJ 08701

Susan Bowman–Sapp
53 Streeker Road
Wrightstown, NJ 08562

Social Security No.:
  xxx–xx–8399                                         xxx–xx–1740

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Karen E. Bezner is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 6, 2018</u>                <u>Christine M. Gravelle</u>
                                                                  Judge, United States Bankruptcy Court