George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)



**Order Filed on August 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUTPCY COURT

## DISTRICT OF NEW JERSEY

| In re:  | Chapter 7 Proceedings |
|---|---|
|  | Case No. 18-25958 |
| Susan Bowman-Sapp | Judge: Christine M. Gravelle |
| Debtor(s) | Hearing Date: |

### ORDER TO REOPEN TO AVOID AND DISCHARGE JUDGMENT LIEN(S) AGAINST DEBTOR'S REAL PROPERTY

The relief set forth on the following page is **ORDERED**.

**DATED: August 6, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER** was presented to the Court by the debtor on a Motion to Reopen to Avoid AND Discharge Judgment Liens Against Debtor's Real Property Pursuant to 11 U.S.C. § 522(f) (the Motion),

ORDERED that the Case is reopened for Debtor Susan Bowman-Sapp only.

ORDERED that the following judicial lien(s) is (are) avoided and discharged:

~~C. Division of Taxation-judgment in the Superior Court of New Jersey on December 15, 2016, under judgment No: DJ-230116-2016 in the amount of $22557.41~~

1. American Trading Company- Lennox Law Firm- judgment in the Superior Court of New Jersey on April 11, 2017, under judgment No: DJ-052254-2017 in the amount of $1491.34 plus costs of $41.59;

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

Further ORDERED that this case to be closed with discharge.