George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)



**Order Filed on August 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUTPCY COURT

DISTRICT OF NEW JERSEY

| In re:<br><br>Susan Bowman-Sapp<br><br>Debtor(s) | Chapter 7 Proceedings<br><br>Case No. 18-25958<br><br>Judge: Christine M. Gravelle<br><br>Hearing Date: July 16, 2019 |
|---|---|

**CONSENT ORDER RESOLVING OBJECTION OF STATE OF NEW JERSEY DIVISION OF TAXATION TO MOTION TO REOPEN CASE TO AVOID AND DISCHARGE JUDGMENT LIEN(S) AGAINST DEBTOR'S REAL PROPERTY**

The relief set forth on the following page is **ORDERED**.

**DATED: August 6, 2019**

*/s/ Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
In re Susan Bowman-Sapp
Case No. 18-25958 (CMG)
CONSENT ORDER RESOLVING OBJECTION OF STATE OF NEW JERSEY DIVISION OF TAXATION TO MOTION TO REOPEN CASE TO AVOID AND DISCHARGE JUDGMENT LIEN(S) AGAINST DEBTOR'S REAL PROPERTY

**THIS MATTER**, being presented to the Court by debtor ("Debtor"), by and through her counsel (George E. Veitengruber, III, Esq., appearing), upon a Motion to Reopen to Avoid and Discharge Judgment Liens Against Debtor's Real Property Pursuant to 11 U.S.C. § 522(f) (the "Motion"); and the State of New Jersey Division of Taxation ("N.J. Taxation") (Valerie Hamilton, Deputy Attorney General, appearing) having filed an objection (the "Objection") to the Motion; and the Debtor and N.J. Taxation having amicably resolved the Objection; it is hereby ORDERED as follows:

1. Debtor, together with co-owner Christian Sapp, shall pay N.J. Taxation's lien against 53 Streeker Rd., North Hanover, NJ (the "Property") in the amount of $8,988.00 at closing. Upon payment of $8,988.00, the liens of N.J. Taxation against the Property shall be deemed satisfied, and same may be cancelled of record as to the Property.

2. Co-Debtor, Christian Sapp, shall satisfy N.J. Taxation's priority claim in full through his Chapter 13 Bankruptcy case (Case No. 19-11017).

3. The HUD-1 statement attached hereto reflects that the Debtor is bringing $2426.71 to closing and is not receiving any proceeds.

We hereby consent to the form, content and entry of this Order.

GURBIR S. GREWAL
Attorney General of New Jersey
Counsel for N.J. Division of Taxation

By: _____
Valerie Hamilton
Deputy Attorney General

_____
George E. Veitengruber, III
Attorney for Debtor