George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)

Order Filed on August 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUTPCY COURT

## DISTRICT OF NEW JERSEY

| In re: | Chapter 7 Proceedings |
|---|---|
| Susan Bowman-Sapp | Case No. 18-25958 |
| | Judge: Christine M. Gravelle |
| Debtor(s) | Hearing Date: |

### ORDER TO REOPEN TO AVOID AND DISCHARGE JUDGMENT LIEN(S) AGAINST DEBTOR'S REAL PROPERTY

The relief set forth on the following page is **ORDERED**.

**DATED: August 6, 2019**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

**THIS MATTER** was presented to the Court by the debtor on a Motion to Reopen to Avoid AND Discharge Judgment Liens Against Debtor's Real Property Pursuant to 11 U.S.C. § 522(f) (the Motion),

ORDERED that the Case is reopened for Debtor Susan Bowman-Sapp only.

ORDERED that the following judicial lien(s) is (are) avoided and discharged:

C. ~~Division of Taxation- judgment in the Superior Court of New Jersey on December 15, 2016, under judgment No: DJ-230116-2016 in the amount of $22557.41~~

1. American Trading Company- Lennox Law Firm- judgment in the Superior Court of New Jersey on April 11, 2017, under judgment No: DJ-052254-2017 in the amount of $1491.34 plus costs of $41.59;

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

Further ORDERED that this case to be closed with discharge.

United States Bankruptcy Court
District of New Jersey

In re:
Christian A. Sapp
Susan Bowman-Sapp
    Debtors

Case No. 18-25958-CMG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1           Date Rcvd: Aug 07, 2019
                              Form ID: pdf903           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2019.
db          +Christian A. Sapp,    632 Patriots Way,    Lakewood, NJ 08701-7421
jdb        #+Susan Bowman-Sapp,    53 Streeker Road,    Wrightstown, NJ 08562-2202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2019 at the address(es) listed below:
        George E Veitengruber, III    on behalf of Joint Debtor Susan  Bowman-Sapp Gveitengruberesq@gmail.com, knapolitano15@gmail.com
        George E Veitengruber, III    on behalf of Debtor Christian A. Sapp Gveitengruberesq@gmail.com, knapolitano15@gmail.com
        Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
        Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
        Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, not individually but solely as Trustee for BlueWater Investment Trust 2018-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov
                                                                                                       TOTAL: 7