George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)

**Order Filed on August 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUTPCY COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Susan Bowman-Sapp<br><br>Debtor(s) | Chapter 7 Proceedings<br><br>Case No. 18-25958<br><br>Judge: Christine M. Gravelle<br><br>Hearing Date: July 16, 2019 |

**CONSENT ORDER RESOLVING OBJECTION OF STATE OF NEW JERSEY DIVISION OF TAXATION TO MOTION TO REOPEN CASE TO AVOID AND DISCHARGE JUDGMENT LIEN(S) AGAINST DEBTOR'S REAL PROPERTY**

The relief set forth on the following page is **ORDERED**.

**DATED: August 6, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
In re Susan Bowman-Sapp
Case No. 18-25958 (CMG)
CONSENT ORDER RESOLVING OBJECTION OF STATE OF NEW JERSEY DIVISION OF TAXATION
TO MOTION TO REOPEN CASE TO AVOID AND DISCHARGE JUDGMENT LIEN(S) AGAINST
DEBTOR'S REAL PROPERTY

**THIS MATTER**, being presented to the Court by debtor ("Debtor"), by and through her counsel (George E. Veitengruber, III, Esq., appearing), upon a Motion to Reopen to Avoid and Discharge Judgment Liens Against Debtor's Real Property Pursuant to 11 U.S.C. § 522(f) (the "Motion"); and the State of New Jersey Division of Taxation ("N.J. Taxation") (Valerie Hamilton, Deputy Attorney General, appearing) having filed an objection (the "Objection") to the Motion; and the Debtor and N.J. Taxation having amicably resolved the Objection; it is hereby ORDERED as follows:

1. Debtor, together with co-owner Christian Sapp, shall pay N.J. Taxation's lien against 53 Streeker Rd., North Hanover, NJ (the "Property") in the amount of $8,988.00 at closing. Upon payment of $8,988.00, the liens of N.J. Taxation against the Property shall be deemed satisfied, and same may be cancelled of record as to the Property.

2. Co-Debtor, Christian Sapp, shall satisfy N.J. Taxation's priority claim in full through his Chapter 13 Bankruptcy case (Case No. 19-11017).

3. The HUD-1 statement attached hereto reflects that the Debtor is bringing $2426.71 to closing and is not receiving any proceeds.

We hereby consent to the form, content and entry of this Order.

GURBIR S. GREWAL
Attorney General of New Jersey
Counsel for N.J. Division of Taxation

By: _____
Valerie Hamilton
Deputy Attorney General

_____
George E. Veitengruber, III
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-25958-CMG
Christian A. Sapp                                                       Chapter 7
Susan Bowman-Sapp
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 07, 2019
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db            +Christian A. Sapp,    632 Patriots Way,    Lakewood, NJ 08701-7421
jdb           #+Susan Bowman-Sapp,    53 Streeker Road,   Wrightstown, NJ 08562-2202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
          George E Veitengruber, III   on behalf of Joint Debtor Susan  Bowman-Sapp
           Gveitengruberesq@gmail.com, knapolitano15@gmail.com
          George E Veitengruber, III   on behalf of Debtor Christian A. Sapp Gveitengruberesq@gmail.com,
           knapolitano15@gmail.com
          Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, not individually
           but solely as Trustee for BlueWater Investment Trust 2018-1 kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation
           Valerie.Hamilton@law.njoag.gov
                                                                                               TOTAL: 7